# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | **Chapter:** 13 |
| Gail L. Plummer | |
| 17 Princeton Avenue | |
| Claymont, DE 19703 | |
| **SSN:** xxx−xx−8463 | **Case No.:** 13−10728−BLS |

## ORDER APPROVING MODIFICATION
## OF CONFIRMED PLAN

All parties in interest having been notified that the court would grant the debtor(s) request ex parte to modify their confirmed plan if no objections were filed by 7/10/15 and no objections having been filed,

**IT IS ORDERED** that the modification proposed by the debtor(s) is made a part of the confirmed plan.

Brendan Linehan Shannon
Bankruptcy Judge

Dated: 7/13/15

(VAN−311)

United States Bankruptcy Court
District of Delaware

In re:                                                           Case No. 13-10728-BLS
Gail L. Plummer                                                  Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1          User: Lesa              Page 1 of 2           Date Rcvd: Jul 13, 2015
                              Form ID: van311         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2015.
```
db             +Gail L. Plummer,    17 Princeton Avenue,    Claymont, DE 19703-2606
6606620       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Home DePot Credit Services,    PO Box 182676,
                 Columbus, OH 43218-2676)
6606613        Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
6945439        Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
6606614        Chase,   PO Box 15153,    Wilmington, DE 19886-5153
6606615        Comcast,   4008 N. Dupont Hwy.,    New Castle, DE 19720-6320
6606617        Del County District Attorney,    Bad Check Registration Program,    PO Box 2059,
                 Media, PA 19063-9059
6607630       +Department of Labor,    Division of Unemployment Insurance,    P.O. Box 9953,
                 Wilmington, DE 19809-0953
6606618       +EZ Loans Collections,    28273 DuPoint Blvd,   Millsboro, DE 19966-4747
6607631        Ellen Slights, Assistant US Attorney,    P.O. Box 2046,    Wilmington, DE 19899-2046
6607628       +New Castle County/Law,    Attention: Bill Weisel,    87 Reads Way,    New Castle, DE 19720-1648
6606624       +Northland Group,    PO Box 390905,    Edina, MN 55439-0905
6943832      ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541)
6911795       +Tiffany Poole,    2055 Limestone Rd,    Ste 211,   Wilmington, DE 19808-5536
6606625        Wells Fargo,    POB 98784,    Las Vegas, NV 89193-8784
6948222       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department/MAC,    &#035;D3347-104,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
6606626        Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
6941344       +E-mail/Text: bncmail@w-legal.com Jul 13 2015 20:40:09     ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
6615476       +E-mail/Text: bnc@bass-associates.com Jul 13 2015 20:39:47      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
6606616       +E-mail/Text: tuscolsup@fisglobal.com Jul 13 2015 20:40:15
                 Complete Payment Recovery Services, Inc,    11601 Roosevelt Boulevard,
                 Saint Petersburg, FL 33716-2202
6614409        E-mail/Text: cio.bncmail@irs.gov Jul 13 2015 20:39:51     Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
6606619        E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2015 20:38:49      GECRB/HH Gregg,    PO Box 965005,
                 Orlando, FL 32896-5005
6606622        E-mail/Text: bnckohlsnotices@becket-lee.com Jul 13 2015 20:39:49       Kohls,   PO Box 2983,
                 Milwaukee, WI 53201-2983
6606623        E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2015 20:38:30      Lowes/GECRB,    PO Box 530914,
                 Atlanta, GA 30353-0914
6607629       +E-mail/Text: REV_Bankruptcy_General@state.de.us Jul 13 2015 20:40:03     State of Delaware,
                 Division of Revenue,    820 N. French Street, 8th Floor,    Wilmington, DE 19801-3509
7803294       +E-mail/Text: bnc@bass-associates.com Jul 13 2015 20:39:47      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    Tucson, AZ 85712-1083
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6606621*        Internal Revenue Service,    Centralized Insolvency Division,    PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0311-1          User: Lesa                    Page 2 of 2              Date Rcvd: Jul 13, 2015
                              Form ID: van311               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2015 at the address(es) listed below:
              Jennifer A. Pursley    on behalf of Creditor   eCAST Settlement Corporation ecf@bass-associates.com
              Michael B. Joseph - Chapter 13 Trustee    mjoseph@ch13de.com,    chapter13@ch13de.com
              Michelle  Berkeley-Ayres    on behalf of Creditor    Wells Fargo Bank, N.A.
               mayres@atlanticlawgrp.com,
               apruden@atlanticlawgrp.com;pmagee@atlanticlawgrp.com;bkmail@atlanticlawgrp.com
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Tiffany A. Poole    on behalf of Debtor Gail L. Plummer tpoole@rahaimsaints.com
              United States Trustee     USTPREGION03.WL.ECF@USDOJ.GOV
                                                                                             TOTAL: 6
```